# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132648(73)

FREDIE STOKES,
           Plaintiff-Appellee,

v

           SC: 132648
           COA: 268544
           WCAC: 02-000388

DAIMLERCHRYSLER CORPORATION,
           Defendant-Appellant.
_____

      On order of the Chief Justice, the motion by defendant-appellant to change the caption of this case to reflect its current name is considered and is GRANTED as follows: The caption of the case shall now identify the defendant-appellant as "Chrysler LLC, formerly known as DaimlerChrysler Corporation."



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2008

_____
Clerk